**Order entered March 26, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01158-CV

### IN THE INTEREST OF A.D.B., II, A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-18807**

### ORDER

Before the Court is appellant's March 25, 2020 motion requesting a second extension of time to file his brief on the merits and reconsideration of this Court's January 13, 2020 order submitting this appeal without the reporter's record. We **GRANT** the motion **only to the extent** that we extend the deadline for appellant's brief to **April 27, 2020**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE